1

2

3

4

5

6

7

8                  **UNITED STATES DISTRICT COURT**
                   **CENTRAL DISTRICT OF CALIFORNIA**
9

10   ANTHONY GERARD FERGERSON,  )  Case No.: 5:21-cv-00963-E
                                )
11          Plaintiff,          )  {PROPOSED} ORDER AWARDING
                                )  EQUAL ACCESS TO JUSTICE ACT
12          vs.                 )  ATTORNEY FEES AND EXPENSES
                                )  PURSUANT TO 28 U.S.C. § 2412(d)
13   KILOLO KIJAKAZI,           )  AND COSTS PURSUANT TO 28
     Acting Commissioner of Social )  U.S.C. § 1920
14   Security,                  )
                                )
15          Defendant           )
                                )
16

17        Based upon the parties' Stipulation for the Award and Payment of Equal

18   Access to Justice Act Fees, Costs, and Expenses:

19        IT IS ORDERED that fees and expenses in the amount of $2,800.00 as

20   authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be

21   awarded subject to the terms of the Stipulation.

22   DATE:   1/10/22

23                            /S/ CHARLES F. EICK
                              THE HONORABLE CHARLES F. EICK
24                            UNITED STATES MAGISTRATE JUDGE

25

26

-1-

1   Respectfully submitted,

2   LAW OFFICES OF LAWRENCE D. ROHLFING

3        /s/ *Brian C. Shapiro*
    _____
4   Brian C. Shapiro
    Attorney for plaintiff Anthony Gerard Fergerson
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26